# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KARREN EVANS-WILLIAMS**                                        **PLAINTIFF**

**v.**                        **CIVIL ACTION NO. 1:23-cv-235-TBM-RPM**

**SUNSTATES MANAGEMENT**
**CORPORATION**                                         **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this CASE is CLOSED.

THIS, the 8th day of August, 2024.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE